UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br>ALLSTATE INDEMNITY COMPANY,<br>ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY,<br>AND ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>        Plaintiffs,<br><br>v.<br><br>ROLAND ROSE, D.C.,<br>ROSE CHIROPRACTIC HEALTH & WELLNESS, P.C.,<br>CHRISTIAN BANNERMAN, M.D.,<br>ACE EMERGENT MEDICAL CARE, P.C.,<br>AMR HUSSEIN MOSTAFA, P.T.,<br>AHM PHYSICAL THERAPY, P.C.,<br>SMART INSPIRE PHYSICAL THERAPY, P.C.,<br>JOANNA KULIS, P.T.,<br>BALANCED ROCK PT, P.C.,<br>SUNG IL HONG, P.T.,<br>DANA CARE PHYSICAL THERAPY, P.C.,<br>CAJETAN UCHENDU, PSYD,<br>OPUS PSYCHOLOGICAL SERVICES, P.C.,<br>PACEM PSYCHOLOGICAL SERVICES, P.C.,<br>LE-ZHI LIN, L.AC.,<br>QI LIN ACUPUNCTURE, P.C.,<br>RUI CHUN YE, L.AC.,<br>YE'S ACUPUNCTURE, P.C.,<br>ARIEL KANDHOROV,<br>ALTAI CORPORATION d/b/a GET READY MED SUPPLY,<br>NICHOLE MCLEOD,<br>ASPIRE MEDICAL SUPPLIES, LLC, and<br>ZEN PROPERTY MANAGEMENT, LLC,<br><br>        Defendants. | C.A. No.: 1:24-cv-00014 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Allstate Insurance Company, Allstate Indemnity Company, Allstate Property & Casualty Insurance Company, and Allstate Fire & Casualty Insurance Company declare that they are wholly-owned indirect subsidiaries of the Allstate Corporation, a publicly-traded corporation. No publicly-held entity owns 10% or more of the stock

1

of the Allstate Corporation.  Allstate Corporation does not own 10% or more of any publicly-traded entity.

                KING, TILDEN, MCETTRICK & BRINK, P.C.

                */s/ Shauna L. Sullivan*
                _____
                Nathan A. Tilden (NT0571)
                ntilden@ktmpc.com
                Shauna L. Sullivan (SS5624)
                ssullivan@ktmpc.com
                Hugh C.M. Brady (HB4724)
                hbrady@ktmpc.com
                350 Granite St., Suite 2204
                Braintree, MA 02184
                (617) 770-2214

                Attorneys for the Plaintiffs,
                *Allstate Insurance Company, Allstate Indemnity Company, Allstate Property & Casualty Insurance Company, and Allstate Fire and Casualty Insurance Company*

Dated:  January 2, 2024